UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC JAMES BRANDEL, #421441,

        Plaintiff,                        Case No. 21-cv-10103
                                                      Hon. Matthew F. Leitman

v.

MDOC, et al.,

        Defendants.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a civil rights complaint, the Honorable Matthew F. Leitman, United States District Judge, presiding, and in accordance with the opinion and order entered on this date;

It is ordered and adjudged that the civil rights complaint is **DISMISSED WITHOUT PREJUDICE**.

                                                  KINIKIA ESSIX
                                                  CLERK OF COURT

                                  By:     s/Holly A. Monda
                                                   Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: April 1, 2021
Flint, Michigan